No. 77–1036. LARSEN, ACTING COMMISSIONER OF LABOR OF THE VIRGIN ISLANDS v. LOCKHART. Appeal from C. A. 3d Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■

No. 77–1568. MISSOURI CHURCH OF SCIENTOLOGY v. STATE TAX COMMISSION OF MISSOURI ET AL. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. ■

No. 77–1584. ASSOCIATION OF PERSONNEL AGENCIES OF NEW YORK, INC., ET AL. v. ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. ■

No. 77–1723. ARISTOCRATIC RESTAURANT OF MASSACHUSETTS, INC. v. ALCOHOLIC BEVERAGES CONTROL COMMISSION; and ARISTOCRATIC RESTAURANT OF MASSACHUSETTS, INC. v. ALCOHOLIC BEVERAGES CONTROL COMMISSION. Appeals from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. Reported below: 374 Mass. 547, 374 N. E. 2d 1181 (first case); 374 Mass. 564, 374 N. E. 2d 1192 (second case).

No. 77–1737. ROLOFF EVANGELISTIC ENTERPRISES, INC., ET AL. v. TEXAS. Appeal from Ct. Civ. App. Tex., 3d Sup. Jud. Dist., dismissed for want of substantial federal question. ■

No. 77–1743. DOWNTOWN L. A. IMPORTS ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (YOUNGER, ATTORNEY GENERAL OF CALIFORNIA, REAL PARTY IN INTEREST). Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.